# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1144. GERRARD JACKSON v. THE STATE.**

A jury found Gerrard Jackson guilty of aggravated sexual battery, child molestation, and aggravated sodomy, and his convictions were affirmed in an unpublished opinion. See Case No. A13A1005 (Sept. 10, 2013). Years later, Jackson filed a pro se motion arguing that the State violated his constitutional rights in obtaining the convictions. The trial court denied the motion, and Jackson filed this appeal. We, however, lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); see also *Weaver v. State*, 359 Ga. App. 784, 785 (1) (860 SE2d 96) (2021) ("a motion to vacate an allegedly void conviction is an improper mechanism in which to collaterally attack a conviction").

Because Jackson is not authorized to collaterally attack his convictions in this manner, this appeal is hereby DISMISSED. See *Roberts*, 286 Ga. at 532.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  03/27/2023

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*